IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY MONTGOMERY | ) | |
| Plaintiff, | ) ) ) | |
| | ) | NO. 3:21-cv-00820 |
| v. | ) ) | JUDGE CAMPBELL |
| THOMAS CONRAD | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 17) recommending Plaintiff's motion for emergency injunctive relief (Doc. No. 12) be denied.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 17 at 4). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, Plaintiff's motion for emergency injunctive relief (Doc. No. 12) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE